

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

JULIO MOLINAR, §   No. 08-15-00083-CV

   Appellant, §   Appeal from the

v. §   65th District Court

SAMARAH MOLINAR. §   of El Paso County, Texas

   Appellee. §   (TC# 2011P01176)

§

# O R D E R

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **August 8, 2015**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. James D. Lucas, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before August 8, 2015.

IT IS SO ORDERED this 16th day of July, 2015.


           PER CURIAM

Before McClure, C.J., Rodriguez, and Hughes, JJ.